UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )   BK No.:   20-04380
LANCE R. SELESKY )
)
) Chapter: 13
)
) Honorable Carol A. Doyle
)
)
Debtor(s) )

**Agreed Repayment and Default Order**

This matter coming before the court on the motion of TCF National Bank, pursuant to 11 U.S.C. Section 362 of the United States Bankruptcy Code, for relief from automatic stay,

IT IS HEREBY AGREED TO AND ORDERED:

1.  The Debtor acknowledges that Movant has incurred attorneys' fees in the amount of $650.00 and court costs in the amount of $181.00 in filing the Motion;

2.  The Debtor will pay to the Movant the fees and costs associated with the Motion by tendering to Movant the total amount of $831.00 to be paid in three equal installments of $277.00 which amounts are to be paid in addition to the regularly scheduled monthly payments, on or before September 23, 2020, October 23, 2020, and November 23, 2020, respectively;

3.  As of August 18, 2020, the second installment of 2019 general real estate taxes for the property commonly known as 181 Norman Court, Des Plaines, Illinois 60016 remains unpaid;

4.  The Debtor shall pay the second installment of the 2019 general real estate taxes on or before October 1, 2020;

5.  The Debtor shall pay all future general real estate tax installments within fourteen (14) days of the installment due date stated on the tax bill;

6.  If Debtor fails to make (a) the general real estate tax payments within fourteen (14) days of installment due date or (b) any future mortgage payment on the date due or in the amount due, then Movant shall be entitled to provide Debtor and his attorney with a written notice of the default, and Debtor shall have fourteen (14) days within which to make the required payment;

7.  If Debtor fails to cure the default stated in the notice, counsel for TCF shall cause a Notice of Default and Failure to Comply with this Order to be filed with the Clerk of the Court, and the Court will thereafter enter an Order Granting Relief from the Automatic Stay, without further notice or hearing;

8. Enforcement of any Order Granting Relief from the Automatic Stay entered in accordance with the provisions of this Order shall not be stayed until the expiration of 14 days as otherwise required by Federal Rule of Bankruptcy Procedure 4001(a)(3);

9. In the event that counsel for TCF should have to send out a Notice of Default under this Order, the Debtor shall pay an extra $100.00 per Notice, in addition to whatever funds are needed to cure the default cited in the Notice, to counsel for TCF, which payment shall represent attorneys' fees, and must be paid to movant within the same fourteen (14) day cure period listed in paragraph six (6) of this Order; and

10. The foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case. If at any time, the Stay is terminated with respect to the property by Court Order or by operation of law, the foregoing terms and conditions shall cease to be binding and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the property and/or against the Debtor.

Enter:

*/s/ Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: August 31, 2020

**Prepared by:**

Cohen Dovitz Makowka, LLC
Ashley K. Rasmussen
Attorney No. 6308095
10729 W. 159th Street
Orland Park, IL 60467
(708) 460-7711